# United States District Court

**FILED**
Jan 17, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

<u>**EASTERN**</u> District of <u>**CALIFORNIA**</u>

| | |
|---|---|
| In the Matter of the Seizure of<br>(*Briefly describe the property to be seized*)<br><br>Approximately $349,503.00 in U.S. Currency, plus all accrued interest. | **APPLICATION FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**<br><br>CASE NUMBER:  2:25-sw-0053 CKD |

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the Eastern District of <u>CALIFORNIA</u> is subject to forfeiture to the United States of America (*describe the property*):

Approximately $349,503.00 in U.S. Currency, plus all accrued interest.

The property is subject to seizure pursuant to 21 U.S.C. § 881(b) incorporating 18 U.S.C. § 981(b), and subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), concerning violations of 21 U.S.C. §§ 841(a)(1) and 846.

The application is based on these facts:

    **See attached affidavit.**

☒ Continued on the attached sheet.

/s/
*Applicant's signature*

Jared Simmons, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed telephonically.

January 17, 2025 at 1:35 pm
*Date*

*Judge's signature*

Sacramento, California
*City and State*

Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A SEIZURE WARRANT**

I, Jared Simmons, a Special Agent with the Drug Enforcement Administration, being duly sworn depose and state the following:

### INTRODUCTION

1. I make this affidavit in support of an application to seize Approximately $349,503.00 in U.S. Currency connected to an ongoing federal investigation into a drug trafficking organization led by Leonardo Yanez ZAMBRANO ("ZAMBRANO"). On March 5, 2024, the Drug Enforcement Administration (DEA) and San Joaquin County Metropolitan Task Force (METRO) searched various locations connected to the Organization and ZAMBRANO, including 21 Homestead Road in Tracy, California. During the search at 21 Homestead Road—a property utilized by the Organization as a stash house for fentanyl, M30s and other drugs, as well as to hoard their illegal cash proceeds—law enforcement found $349,503.00 in bundled cash. ZAMBRANO and several co-conspirators have since been charged with federal drug crimes and their cases are pending in the Eastern District of California.

2. On November 12, 2024, ZAMBRANO was arrested and charged by Criminal Complaint in *United States v. Leonardo Yanez ZAMBRANO*, 2:24-mj-0141 AC. On December 12, 2024, a federal grand jury in the Eastern District of California indicted ZAMBRANO on six counts of violating the provisions of Title 21, United States Code, Section 841, particularly, conspiracy to distribute methamphetamine and fentanyl, *United States v. Leonardo YANEZ Zambrano, et al.*, 2:24-cr-00320-JAM. The amount subject to seizure, $349,503.00, represents the $349,503.00 in cash seized from the stash house and connected to ZAMBRANO and his co-conspirators in the drug trade.

3. All of the facts stated in ZAMBRANO's Criminal Complaint and associated Affidavits remain true and support this seizure warrant. The Criminal Complaint and Affidavit are fully incorporated by this reference.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to seize the Approximately $349,503.00 in U.S. Currency pursuant to 21 U.S.C. § 881(b) incorporating 18 U.S.C. § 981(b). The Approximately $349,503.00 in U.S. Currency is subject to forfeiture

pursuant to 21 U.S.C. § 881(a)(6) as it represents proceeds traceable to the sale of controlled substances or funds used or intended to be used to facilitate a federal drug crime in violation of 21 U.S.C. §§ 841(a)(1) and 846.

## **PROBABLE CAUSE**

5.  In March of 2023, the DEA, METRO, and ATF initiated an investigation into cocaine and counterfeit oxycodone pills containing fentanyl.  The course of the investigation lead agents to ZAMBRANO and multiple co-conspirators selling illegal narcotics throughout Northern California.  Particularly, from August 2023 to August 2024, ZAMBRANO and his associates directly distributed, or facilitated the distribution of, controlled substances to a DEA confidential source on twelve (12) occasions in locations within the Eastern District of California.  In total, ZAMBRANO and his associates sold confidential sources approximately 47,000 counterfeit oxycodone pills containing fentanyl ("M30s"), approximately 10 pounds of methamphetamine, and one firearm.

6.  In one of the coordinated drug deals, occurring on September 18, 2023, a law enforcement Confidential Source ("CS-1"), called ZAMBRANO to arrange the purchase of 10,000 M30s.  ZAMBRANO and CS-1 agreed to meet in Tracy, California, in the Eastern District of California, to conduct the drug transaction.  Law enforcement identified 21 Homestead Road as the stash house while surveilling ZAMBRANO as he negotiated the exact location of the meetup and terms of the drug deal with CS-1.

7.  Specifically, on or about September 18, 2023, agents surveilled ZAMBRANO and observed ZAMBRANO exit 1340 Vallerand Road in Tracy, California and enter a white 2019 GMC Sierra.  This vehicle was known to law enforcement as it was previously used by ZAMBRANO to engage in drug trafficking.  Law enforcement lost sight of the GMC Sierra for approximately two hours, when the agents observed a silver 2005 Honda Accord (CA License No.  9HJK4733) driving on Homestead Road in Tracy, California.  Law enforcement identified ZAMBRANO as the driver of the 2005 Honda Accord, and ZAMBRANO drove past 21 Homestead Road [co-conspirator Leonardo YANEZ Zepeda's residence] and then performed a series of counter surveillance maneuvers, including making U-turns for no legitimate purpose, driving below the speed limit, stopping in the middle of the road, driving through fruit orchards, and driving in reverse on the road.

8. Ultimately, ZAMBRANO parked near 21 Homestead Road, exited the Honda Accord, and walked towards the residence. A short time later, agents observed ZAMBRANO walk from the area of 21 Homestead Road carrying a blue bag. Zambrano then drove the silver 2005 Honda Accord—with the blue bag—to the meeting location where he met CS-1 for the drug transaction. CS-1 provided ZAMBRANO government funds in exchange for approximately 10,000 suspected M30s in ten clear plastic baggies. Following the transaction, CS-1 drove to a predetermined meeting location where CS-1 provided investigators with the ten clear plastic baggies given to him by Zambrano. Laboratory testing later confirmed the pills provided to the CS-1 by Zambrano contained fentanyl.

9. On March 5, 2024, law enforcement searched two locations on Homestead Road associated with ZAMBRANO and his co-conspirators, 15 Homestead Road and 21 Homestead Road in Tracy, California.

10. At 21 Homestead Road, agents found and arrested Francisco YANEZ Zepeda, father of the target of the investigation, ZAMBRANO, and found multiple firearms, including a Ruger 10/22 .22 caliber rifle (serial # 350-72136), Taurus Model 62 .22 caliber rifle (serial # VC5903), Colt Rimless Smokeless 32 caliber handgun (unknown serial #), Aero Precision lower rifle receiver (serial # M4-0413844), and a Hawes Firearm Company Texas Marshal .22 caliber revolver (serial # 2468.5). Law enforcement also seized approximately 82.3 grams of counterfeit oxycodone pills containing fentanyl and drug packaging consistent with packaging for kilogram-weight bundles. Francisco YANEZ Zepeda was arrested and charged with violating state drug laws.

11. At 21 Homestead Road, law enforcement found dozens of bundles of cash throughout the residence, seizing a total of $349,503.00 in cash. The following are the locations and denominations of the cash seized during the search of 21 Homestead Road.

12. Southwest Bedroom.
    a. $1,725.00 in the closet, in a small red bag in the following denominations: 10-$100's, 5-$50's, 19- $20's, 2- $10's, 9- $5's, and 30-$1's.
    b. $3,547.00 in the closet, in a black Citrix bag, in the following denominations: 22-$100's, 1-$50's, 57- $20's, 4- $10's, 15- $5's, and 42-$1's.

    c.   $13,101.00 in the closet, within the ceiling crawl space, in a grey Adventure Trail backpack. The $13,101.00 consisted of the following denominations: 2- $100's, 28-$50's, 452- $20's, 56- $10's, 220-$5's, and 901-$1's.

    d.   $7,024.00 in the bedroom's closet, within the ceiling crawl space, in a tan camouflage backpack. The $7,024.00 consisted of the following denominations: 20- $100's, 11-$50's, 176- $20's, 18- $10's, 77-$5's, and 389-$1's.

    e.   $23,506.00 in the closet, within the ceiling crawl space, in a black plastic bag. The $23,506.00 consisted of the following denominations: 186- $100's, 18-$50's, 168- $20's, 15- $10's, 63-$5's, and 181-$1's.

    f.   $15,547.00 in the closet, within the ceiling crawl space, in a black Samsonite backpack. The $15,547.00 consisted of the following denominations: 109- $100's, 7-$50's, 100- $20's, 35- $10's, 192-$5's, and 987-$1's.

    g.   $2,575.00 in a wallet located on top of a dresser (Yanez Zepeda, Francisco Javier's California Driver's license was within the wallet). The $2,575.00 consisted of the following denominations: 19- $100's, 3-$50's, 19- $20's, 8- $10's, 5-$5's, and 40-$1's.

    h.   $5,298.00 in the top drawer of a dresser, consisting of the following denominations: 34- $100's, 12-$50's, 56- $20's, 3- $10's, 15-$5's, and 73-$1's.

    i.   $79,132.00 in the closet, in a safe. The $79,132.00 consisted of the following denominations: 337-$100's, 41- $50's, 1,778- $20's, 197- $10's, 754- $5's, and 2,708-$1's.

13.    Northwest bedroom - $55,000.00 in the bedroom, closet, and a black jacket. The $55,000.00 consisted of the following denominations: 503-$100's and 94- $50's.

14.    Kitchen - $16,197.00 inside a cooking pot. The $16,197.00 consisted of the following denominations: 110-$100's, 18- $50's, 182- $20's, 10- $10's, 56- $5's, and 277-$1's.

15.    The Shop - $7,463.00 in a large toolbox. The $7,463.00 consisted of the following denominations: 10-$100's, 16- $50's, 232- $20's, 30- $10's, 91- $5's, and 268-$1's. $72,564.00 in a small black purse. The $72,564.00 consisted of the following denominations: 10-$100's, 11- $50's, 39- $20's, 7-$10's, 17- $5's, and 79-$1's.

16.    Conex Shop - $82,306 in a yellow plastic bag. The $82,306 consisted of the following denominations: 666-$100's, 140- $50's, 411- $20's, 19- $10's, 43- $5's, and 81-$1's.

17.  Below is an image of the one of the bundles of cash seized from 21 Homestead Road.



18.  As stated above, on December 12, 2024, ZAMBRANO and two co-conspirators, Omar Quintero ALVARADO and Roberto LEYVA, were indicted in the Eastern District of California on various drug related crimes, *United States v. Leonardo YANEZ Zambrano, et al.*, 2:24-cr-00320-JAM.

## CONCLUSION

19.  For the reasons set forth above, there is probable cause to believe that the Approximately $349,503.00 in U.S. Currency represents proceeds of drug trafficking. Accordingly, I request that the Court issue a seizure warrant authorizing the seizure of the funds.

/s/
Jared Simmons
Special Agent
Drug Enforcement Administration

Reviewed and approved as to form

/s/ Kevin C. Khasigian
Kevin C. Khasigian
Assistant U.S. Attorney

Sworn before me and signed telephonically
on this  17th day of January 2025.

Hon. Carolyn K. Delaney
United States Magistrate Judge

# United States District Court

**EASTERN** District of **CALIFORNIA**

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*

Approximately $349,503.00 in U.S. Currency, plus all accrued interest.

**WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**

CASE NUMBER: 2:25-sw-0053 CKD

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the Eastern District of <u>CALIFORNIA</u> be seized as being subject to forfeiture to the United States of America. The property is described as follows:

**Approximately $349,503.00 in U.S. Currency, plus all accrued interest.**

The property is subject to seizure pursuant to 21 U.S.C. § 881(b) incorporating 18 U.S.C. § 981(b), and subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property within 14 days in the daytime 6:00 a.m. to 10:00 p.m. You must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to <u>Any U.S. Magistrate Judge in the Eastern District of California</u>.

January 17, 2025 at 1:35 pm
Date and Time Issued

*Judge's signature*

Sacramento, California
City and State

Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

# RETURN

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
|   |   |   |

Inventory made in the presence of:

Inventory of the property taken:

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

Subscribed, sworn to telephonically, and returned before me this date.

_____     _____
U.S. Judge or Magistrate                                                  Date